*Felony*

AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

AUG 0 8 2005

Michael N. Milby
Clerk of Court

DISTRICT OF _____

UNITED STATES OF AMERICA
V.
Jr. Hinojosa, Juan Carlos

**CRIMINAL COMPLAINT**

Case Number: B-05-842 mJ

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **8/6/2005** (Date) in **Cameron** County, in the **Southern** District of **Texas** defendant(s) did,

*(Track Statutory Language of Offense)*

unlawfully and willfully escape federal custody, after having been lawfully committed on January 14, 2003, to the custody of the Attorney General by virtue of a Judgement and Commitment Order of the United States District Court for the Southern District of Texas pursuant to a conviction for the felony offense of Conspiracy to Possess, with Intent to Distribute, approximately 190 kilograms of marijuana, a Schedule I controlled substance in violation of 21 USC ,841(a)(1) and 841(b)(1)(B).

in violation of Title **18** United States Code, Section(s) **751(a)**.

I further state that I am a(n) **Deputy U.S. Marshal** and that this complaint is based on the
                                    Official Title
following facts:

A Standard Escape Report from Federal Bureau of Prisons, Community Corrections Center: Reality House.
On August 8, 2005, the Regional Community Corrections Duty Officer was notified of the following: Inmate Juan Hinojosa, Reg No. 98945079, escaped from the Community Corrections Center in Brownsville, Texas.
On August 6, 2005 at approximately 8:40 a.m. inmate Hinojosa failed a breath test and tested positive for alcohol.
At approximately 8:45 a.m. inmate Hinojosa stated that he was leaving and left the facility without authorization.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

_____
Signature of Complainant

Martin Arellano
Printed Name of Complainant

Sworn to before me and signed in my presence,

8/8/2005                                           at    Brownsville                         Texas
Date                                                     City                                 State

JOHN WM. BLACK
U.S. MAGISTRATE JUDGE
_____                                _____
Name of Judge         Title of Judge                      Signature of Judge